163 So.2d 361

**Jake McGEE et al.**

**v.**

**AUDUBON INSURANCE COMPANY et al.**

No. 47242.

May 4, 1964.

In re: Jake McGee applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles, 162 So.2d 186.

Application not timely filed and therefore not considered.

163 So.2d 361

**Vernon E. LEWIS**

**v.**

**CITY OF PINEVILLE et al.**

No. 47232.

May 4, 1964.

Court of Appeal, Third Circuit. 161 So. 2d 286.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.